IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02807-CMA-MJW

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

vs.

ROYAL DISTRIBUTION, INC., a Colorado corporation
d/b/a ROYAL DISCOUNT and d/b/a
WWW.ROYALDISCOUNT.COM;
KATRINA SNOWDEN, an individual; and
JOHN DOES 1-5,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANTS (Docket no. 20)

This matter having come before the Court upon the Unopposed Motion to Withdraw as Attorneys of Record ("Motion") for Defendants Royal Distribution, Inc. and Katrina Snowden filed by Chad T. Nitta, David J. Wagner, and Kutak Rock LLP, and the Court having reviewed the Motion and its file and being fully advised,

IT IS HEREBY ORDERED that, for the reasons set forth in the Motion, the Motion is granted. Chad T. Nitta, David J. Wagner, and Kutak Rock LLP are hereby withdrawn as attorneys of record for Defendants Royal Distribution, Inc. and Katrina Snowden. The Clerk shall remove counsel from the CM/ECF notification so they no

4840-1734-7845.1

longer continue to receive emails in this matter.

Dated this 5th day of February, 2010.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO