IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02807-CMA-MJW

MICROSOFT CORPORATION,

Plaintiff(s),

v.

ROYAL DISTRIBUTION, INC., et al,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 31) is GRANTED finding good cause shown. The Stipulated Protective Order (docket no. 31-2) is APPROVED and made an Order of Court.

Date: March 12, 2010