IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02807-CMA-MJW

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

ROYAL DISTRIUBTION, INC., a Colorado corporation, d/b/a ROYAL DISCOUNT and WWW.ROYALDISCOUNT.COM; KATRINA SNOWDEN, an individual; and JOHN DOES 1-5,

Defendants.

---

## ORDER MODIFYING SCHEDULING ORDER (Docket p. 35)

---

Plaintiff Microsoft Corporation and Defendants Royal Distribution, Inc. and Katrina Johnson, formerly known as Katrina Snowden, having jointly moved this Court for an order modifying the Scheduling Order (Docket No. 26) to advance the date of the settlement conference from June 15, 2010, to a new date during the weeks of May 17 or May 24, 2010, and good cause having been shown therefor, it is hereby

ORDERED that the motion is Granted and that the settlement conference before Magistrate Judge Michael J. Watanabe is hereby rescheduled for May 17, 2010, at 3:00 p.m. Each party shall submit a Confidential Settlement Statement to the Magistrate Judge on or before May 12, 2010. All other provisions of the Scheduling Order entered March 9, 2010, shall remain in full force and effect. The settlement conference set on June 15, 2010 at 10:00 AM is VACATED

DATED: April 15, 2010.

*[signature]*
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Presented by:

s/ John H. Jamnback
John H. Jamnback
jjamnback@yarmuth.com
Jeremy E. Roller
jroller@yarmuth.com
YARMUTH WILSDON CALFO PLLC
818 Stewart Street, Suite 1400
Seattle, Washington 98101
Phone: (206) 516-3800
Fax: (206) 516-3888

Michael A. Sink
msink@perkinscoie.com
PERKINS COIE LLP
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202-1043
Phone: (303) 291-2300
Fax: (303) 291-2400

*Attorneys for Plaintiff Microsoft Corporation*

s/ Robert R. Brunelli
Robert R. Brunelli
rbrunelli@sheridanross.com
Benjamin B. Lieb
blieb@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Telephone: (303) 863-9700
Fax: (303) 863-0223

*Attorneys for Defendants*