**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02807-CMA-MJW

MICROSOFT CORPORATION, a Washington corporation,

     Plaintiff,

v.

ROYAL DISTRIBUTION, INC., a Colorado corporation, d/b/a ROYAL DISCOUNT and
WWW.ROYALDISCOUNT.COM,
KATRINA SNOWDEN, an individual, and
JOHN DOES 1-5,

     Defendants.

---

**ORDER OF DISMISSAL**

---

The Court having considered the parties' Stipulation for Order of Dismissal (Doc.
# 40), and having reviewed the files and records herein, hereby ORDERS as follows:

1.    This action is DISMISSED WITH PREJUDICE and without attorneys' fees
or costs.

2.    The Court shall retain jurisdiction to entertain such further proceedings
and to enter such further orders as may be necessary or appropriate to implement
and/or enforce any orders entered in this matter.  Defendants specifically consent to
personal jurisdiction and venue in the United States District Court for the District of
Colorado.

    DATED:  June __24__, 2010

                             BY THE COURT:

                             _____
                             CHRISTINE M. ARGUELLO
                             United States District Judge